IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., and the PLUMBERS' RETIREMENT SAVINGS PLAN FUND, LOCAL 130, U.A., <br><br> Plaintiffs, <br><br> v. <br><br> AAFAC SERVICES, INC., <br><br> Defendant. | Case No.: 25 CV 10264 <br><br> Judge: <br><br> Magistrate: |

## COMPLAINT

Plaintiffs, PLUMBERS' PENSION FUND, LOCAL 130, U.A., *et al*. ("the Funds"), by and through its undersigned attorneys, complain of Defendant, AAFAC SERVICES, INC., and allege as follows:

### JURISDICTION

1. This action arises under Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1132 *et seq*. (hereinafter, "ERISA") and Section 301 of the Taft-Hartley Act, 29 U.S.C. §185. Jurisdiction is founded on the existence of questions arising thereunder.

### THE PARTIES

2. The Funds are joint-administered, multi-employer employee fringe benefit plans established under Section 302(c)(5) of the Labor-Management Relations Act and governed by the Employee Retirement Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1002(1).

3. The Funds are maintained pursuant to collective bargaining agreements ("CBAs") between CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., ("Local 130").and various signatory employers.

4. The Fund collects weekly fringe benefit contributions from its signatory employers based on hours worked by covered employees.

5. Defendant is an employer engaged in an industry affecting commerce, that entered into a Collective Bargaining Agreement ("the CBA") with Local 130 requiring it to contribute to the Funds. (Exhibit A, Memorandum of Agreement); (Exhibit B, Collective Bargaining Agreement).

**VENUE**

6. The Funds are administered in Chicago, Illinois.

7. Defendant is a registered Illinois corporation with its principal place of business located at 600 Oakton, Evanston, IL 60202.

8. Venue is proper in this District pursuant to 29 U.S.C. § 1132(e)(1) because the Fund is administered in this District and the Defendant resides in this District.

**GENERAL ALLEGATIONS**

9. The CBA binds Defendant to the Agreement and Declarations of Trust which created the Funds. (Ex. B, pp. 31-32).

10. The CBA required Defendant to submit monthly reports to the Funds listing all hours worked by its employees who performed some covered work under the terms of the CBA. (Ex. B, pp. 30, 34).

11. Under Section 9.8 of the CBA, a signatory employer who fails to timely report and pay their fringe benefit contributions to the Funds shall pay, in addition to the delinquent amounts

owed, interest of eight percent (8%) per annum or Prime plus three percent (3%), whichever is higher, and liquidated damages in the amount on the cumulative outstanding balance due. (Ex. B, p. 34).

12. The CBA and Trust Agreements required the Defendant to submit its books and records to an auditor selected by the Funds to determine whether Defendant is complying with its contribution obligations. (Ex. B, pp. 34-35).

13. The Funds' auditor and the Funds' counsel have made numerous requests to Defendant to submit its books and record to the auditor so the auditor could conduct a compliance audit to determine whether the Defendant had been meeting its contribution obligations. However, the Defendant has not complied with the auditor's requests.

WHEREFORE, Plaintiffs, PLUMBERS' PENSION FUND, LOCAL 130, U.A, *et al.*, respectfully request this Court:

a. Order Defendant to submit to a contributions compliance audit for the period of January 1, 2020, through the present day.

b. Enter judgment in the Plaintiffs' favor on any amounts determined due by the audit.

c. Award Plaintiffs liquidated damages and interest on any contributions due, and their attorney fees, all as provided by the Collective Bargaining Agreement and Trust Agreements.

d. Grant Plaintiffs such other and further relief as by the Court deems just and equitable.

    Respectfully submitted,

    PLUMBERS' PENSION FUND, LOCAL 130, U.A., *et al.*

    By: */s/ Kyle Sullivan*
    One of their attorneys

Gregory W. Hosé
Andrew S. Pigott

Kyle R. Sullivan (ARDC #6336828)
GREGORIO, STEC, KLEIN, & HOSÉ, LLC
Two North LaSalle, Suite 1650
Chicago, IL 60602
P: (312) 263-2343
ksullivan@gregoriolaw.com